IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                CRIMINAL ACTION NO. 2:14-cr-00276

MICHAEL E. BURDETTE,

        Defendant.

## ORDER

It has been brought to the Court's attention that the United States Probation Office will need additional time to complete the draft presentence report in this case. Therefore, the sentencing hearing previously scheduled in this matter for December 9, 2015, is **CONTINUED** to **February 3, 2016, at 2:00 p.m.** The dates regarding the presentence report are amended as follows:

1. The Probation Office shall prepare and forward a draft presentence report to the United States and counsel for the Defendant no later than **December 23, 2015**;

2. The United States Attorney and counsel for the Defendant shall file objections to the draft presentence report no later than **January 6, 2016**;

3. The Probation Office shall submit a final presentence report to the Court no later than **January 20, 2016**; and

4. The United States Attorney and counsel for the Defendant may file a sentencing memorandum no later than **January 27, 2016**.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER: October 16, 2015

_____

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE