IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                         CRIMINAL ACTION NO. 2:14-cr-00276

MICHAEL E. BURDETTE,

        Defendant.

**ORDER**

Pending before the Court is Defendant's Motion to Seal Sentencing Memorandum, (ECF No. 31), filed on January 27, 2016. On January 28, 2016, the Court received a letter from the Charleston Gazette-Mail expressing concern about the sealing of documents in Defendant's and related cases. (ECF No. 34.) The Court made that letter a part of the docket and ordered the parties to file memoranda outlining the need to seal the sentencing memoranda in this case. (ECF No. 33.) Defendant's response to that Order indicates that does not object to having certain portions of his sentencing memorandum unsealed, as long as his medical records and the identifying information of individuals who submitted letters on his behalf are redacted. (ECF No. 37.)

Accordingly, the Court **DIRECTS** the Clerk to seal Exhibit A to Defendant's sentencing memorandum, currently docketed as ECF No. 31, Exh. 2. Further, the Court **DIRECTS** the Clerk to unseal Defendant's Exhibits C and D, currently docketed as ECF No. 31, Exhs. 4 and 5. Finally, the Court **DIRECTS** Defendant to submit, by no later than close of business on **February**

**3, 2016,** (1) a redacted version of his sentencing memorandum that eliminates any reference to his medical condition; and (2) a redacted version of Exhibit B to his sentencing memorandum that removes any identifying information, names of minors, addresses, email addresses and telephone numbers of individuals who submitted letters on his behalf, for the Clerk to docket in this case.

    **IT IS SO ORDERED**.

    The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

    ENTER:    February 2, 2016

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE