# EXHIBIT B

# Terry Cline

December 18, 2015

The Honorable Thomas E. Johnston
United States District Judge
6610 Robert C. Byrd United States Courthouse
300 Virginia Street East
Charleston, WV 25301

Your Honor:

Mike Burdette is a longtime friend and coworker. Mike and I were fraternity brothers in college and eventually coworkers at Freedom Industries. I have never known him to be involved in anything illegal and to always hold himself to the highest professional, moral and ethical standards.

As CFO of Freedom Industries I worked with Mike on a daily basis during his entire tenure at Freedom Industries and always found him to be a professional and thorough manager. Prior to the spill Mike was constantly identifying and reporting maintenance and repair issues at all of the Freedom Industries facilities and implemented appropriate repairs when permitted by the executive management of the company. Freedom industries never had a maintenance budget nor any discretionary spending for Mike. He had identified issues with the containment, site drainage, electrical service, and storage tanks prior to the spill and repeatedly requested funds to complete needed repairs. These request were denied by executive management multiple times. Mike worked closely with the Rosebud acquisition team and was instrumental in identifying needed repairs and upgrades to the facility. Money was escrowed from the sale to perform these repairs which were scheduled to begin in March of 2014. Mike was looking forward to finally completing the repairs he had been trying to address under the company's prior management

Subsequent to the spill Mike and I stayed with the company and worked with the CRO Mark Welch in the management of the orderly and safe closure of Freedom Industries and its facilities. Mike worked tirelessly to prevent any additional spills of MCHM putting in long hours and providing critical input to the CRO. During this time Mike was on call and responded multiple times to emergency situations at the site. He developed and implemented a system to manage all site water and provide for its safe disposal out of state, and coordinated transfers of solid wastes to local facilities approved for this purpose.

Mike and I have remained in touch after his departure from Freedom Industries and his subsequent indictment and guilty plea, I know from these conversations that Mike feels real remorse for his crime and the impact it has had on his friends, family, and the community.

Sincerely,

*Terry Cline*

Terry Cline

# KLAUS METER & PUMP, INC.

## PUMPS * METERS * SERVICE

12/29/2015

The Honorable Thomas E. Johnston
United States District Judge

RE: #2:14-CR-00276

Your Honor,

I am honored to provide you with this character letter on the behalf of Mike Burdette. I have known Mike for over 30 years as we first met and became friends while we were in college together at West Virginia Institute of Technology. I have also worked with Mike on multiple capital and maintenance projects over the past 20 plus years of our working relationship, so I feel qualified to speak on Mike's behalf in terms of his character.

Throughout the time that I have known and worked with Mike, I have formed a very positive and honest opinion of Mike. Mike has always strived to do things in a correct, safe, and ethical manner. Every project that we have worked together on he has always tried to follow all safety and environmental regulations to the best of his ability. At Freedom there were several times when people above him would not approve the funds to do all of the major improvements or maintenance work that he believed were essential. When allowed he would specify and purchase not necessary the least expensive nor the most expensive piece of equipment or service, but the one that best fit the job specifications and requirements.

Not only do I like Mike as a friend, I also respect him and his opinion greatly. I feel honored to provide this character reference and hope that the information that I provided helps you understand what an honest and outstanding individual Mike really is. I know Mike pleaded guilty to a violation of the Clean Water Act and is very remorseful for his part in the spill. I also know his character and the culture he worked under as an employee in trying to do things the right way.

If I can be of any further assistance, please feel free to contact me.

Sincerely,

Mike Holley
President

 UNIVERSAL ELECTRIC LLC

October 5, 2015

The Honorable Thomas E. Johnston
United States District Judge

RE: #2:14-CR-00276

Your Honor:

My name is James Halstead and I am the owner of Universal Electric, LLC. I volunteered to write a letter of character reference for Mike Burdette.

I have been associated with Mr. Burdette since October, 2009 when he first contacted my company to perform electrical work for Poca Blending.

From the very beginning Mr. Burdette was very safety conscious. A lot of our work was to eliminate safety hazards due to code violations along with installing new pumps, lights and safety equipment such as heat trace on new eye wash stations.

Concerning the Etowah plant our work was much the same. Mr. Burdette had developed a plan to eventually centralize and upgrade the electrical distribution for the major part of the plant which included removing all the electrical conduit and devices from the dyke walls in order to repair the walls. He did tell me that he finally was getting the money in his budget to repair the walls. As with all plant and projects the money had to be allocated in the budget.

I understand that Mr. Burdette is pleading guilty to the charge of "negligent discharge of a pollutant." Considering the fact that he was always so safety conscious and diligent in taking care of issues that posed a hazard I find it hard to believe that he was not a victim of circumstances in this matter.

During the past six years of my association with Mr. Burdette I have found him to be very conscientious in the performance of his job. I would not hesitate to work with him again.

If I can be of further assistance, please don't hesitate to contact me at

Sincerely,

James E. Halstead

Robert W. Johnson

October 5, 2015

Thomas E. Johnston
United States District Judge

Your Honor,

I am an Engineering Manager for Global Chemical Manufacturer, and have been associated with them for over 5 years. I have worked in the chemical industry for 15 years. I worked for Michael Burdette for 8 years at a NOVA Chemicals facility located in Belpre Ohio as a Reliability Engineer and a Mechanical Integrity Coordinator. I can confirm that he is a man of great integrity and is extremely dedicated to his responsibilities concerning process safety management and risk management.

Furthermore, I owe much of my success in managing reliability programs and mechanical integrity programs to the mentorship I received from Mike during the time I worked for him. He helped me to obtain the 510, 570 and 653 inspection certifications from American Petroleum Institute. He also coached me on how to measure risk, manage risk and act accordingly in the best interest of the associates working at the facility and the community at large.

I understand that Mike pleaded guilty to "negligent discharge of a pollutant" in violation of 33 U.S.C. 1319(c)(1)(A) and 1311 of the clean water act. I know he is deeply remorseful for the part he played. I also know that Mike did all he could do within his power to prevent such incidents based on my previous work experience with him.

Thank you for taking time to read this letter. Kindly consider his situation, when making your decision.

Sincerely,

Robert W. Johnson
Global Epoxy Manufacturing Maintenance and Reliability Leader

Timothy L Stovall

OCTOBER 27, 2015

**Honorable Thomas E. Johnston**
United States District Judge

Your Honor,

I'm a maintenance and reliability management consultant with 30 years of experience in industry. Prior to the last 6 years working as a consultant, I was the corporate maintenance and reliability manager for NOVA Chemicals, Inc. for 10 years. It was at NOVA that I met Mike Burdette at our Belpre, Ohio facility. During my association with Mike he progressed from a maintenance engineer to the maintenance manager of the Belpre site. I attest that Mike is a man of his word and always demonstrated the highest organizational and technical behaviors to engineering integrity and employee safety. I implemented programs that improved management and insured mechanical integrity across 22 sites in North America and Europe. Mike supported those programs at his site level and was a leading example to the other sites of the benefits. Our slogan at NOVA was "Do the Basics really Well", to which Mike always did his best by his actions.

During my time at NOVA, Mike became a close friend of mine because of our shared interests outside of the workplace. His commitment to his family and to his engineering profession from my knowing him is unquestionable.

I know Mike has pleaded guilty to "negligent discharge of a pollutant" in violation of 33 USC 1319(C)(1)(A) and 1311 of the clean water act. Having worked with Mike, I'm confident he did all within his power to prevent such an incident from occurring and is highly regretful for the incident.

Thank you for your time in reading this letter. Please consider his integrity and circumstance when making your decision.

Sincerely,

Timothy Stovall

Timothy L Stovall

**Maintenance and Reliabity Consultant**

# DEARIEN & COMPANY, A.C.

November 2, 2015

The Honorable Thomas E. Johnston, United States District Judge
6610 Robert C. Byrd United States Courthouse
300 Virginia Street East
Charleston, WV 25301

Your Honor,

Re: Character Reference for Michael E. Burdette, Criminal Action #2:14-cr-00276

I am the President and Managing Owner of Dearien & Company, A.C., a certified public accounting and consulting firm with offices located on Capitol Street in Charleston, WV. I have known Mike for over thirty (30) years, during which time I have been married to Debbie Burdette Dearien, the eldest of Mike's two younger sisters. Having known Mike and interacted with him and his extended family on an ongoing basis for practically all my adult life, I feel quite knowledgeable about Mike's character and wish to share my observations and experiences with you in the hope that Mike is not judged solely on the basis of his guilty plea to the misdemeanor charge of negligent discharge of a pollutant in violation of 33 U.S.C. 1319(c) (1)(A) and 1211.

As a father, I have observed Mike to be very caring, attentive and devoted to each of his three children, now ranging in age from 35 to 24. Mike's three children are well educated, respectful, ambitious and happy adults. I am confident that this is due in no small part to Mike's commitment to being an active presence in their lives, and a positive role model. Mike has always supported his children in connection with their dreams and ambitions, and has been there for them throughout their lives to provide the love, support, guidance and direction that only a father can provide. Throughout the thirty-plus years I've known Mike, I've observed him to be a very patient, loving, supportive and understanding father, encouraging and helping each of his three children to achieve their potential in life. His oldest child, Hayley, achieved her dream of graduating from dental school and pursuing a career in dentistry with her father's encouragement, financial assistance, and support. Hayley now owns her own dental practice in Asheville, NC, is married, and is the mother of Mike's two granddaughters, ages 3 and three-months. Mike's oldest son, Clay, is a graduate of WVU-Parkersburg, now living in North Carolina, and pursuing his career. Mike's youngest son, Nathan, is currently enrolled in college at Fairmont State University, and is excelling both personally and academically. I believe there is no greater testament to the character of a father, than the lives which are led by his children. In this respect, Mike has demonstrated his character to be exceptionally strong.

As a son, I have observed Mike to be a very respectful, loving and devoted presence in the lives of his late father and his eighty-three (83) year-old mother. Mike continues to be a source of support and love to his mother, whom he regularly assists in connection with her independent living needs. Mike is regularly depended upon by his mother to help her with a host of ongoing home maintenance and improvement chores which he very willingly and enthusiastically undertakes in support of maintaining his mother's independence. Mike is, and has always been, a source of great pride to his mother, and I have consistently observed their strong relationship throughout my adult life.

The Honorable Thomas E. Johnston, United States District Judge
November 2, 2015
Page 2

As a brother, I've observed Mike to be very loving to, and supportive of, his two younger sisters and their families. Mike and his younger sisters, Debbie and Beth, enjoyed a very close bond growing up and continue to be very close to this day. All three siblings and their families (nieces, nephews, cousins, brothers and sisters-in-law) routinely gather for frequent family get-togethers in celebration of holidays, birthdays, anniversaries, and other special occasions. Today, Mike and his sisters enjoy a strong family relationship and frequently see each other, as all presently reside in the Kanawha Valley area. Mike's sisters look up to and respect him. The siblings enjoy a very close relationship, frequently punctuated by love, humor, spirituality, and mutual respect.

During his professional career, Mike has dedicated himself to the rigorous demands of the engineering field, having earned his engineering degree from West Virginia Institute of Technology, and subsequently pursuing his career at both Huntsman Chemical in Belpre, OH, and, most recently, at Freedom Industries. In my personal experience, I have found Mike to be a very conscientious and thoughtful professional, dedicated to applying his mechanical engineering skill and knowledge in a safe and respectful manner.

Mike and I also enjoy a unique bond as Sigma Phi Epsilon Fraternity brothers. Mike was a member of the West Virginia Epsilon Chapter at West Virginia Tech, and I was a member of the West Virginia Beta Chapter, at West Virginia University. The Fraternity's founding principles are Virtue, Diligence and Brotherly Love. Since I've known him, Mike has exemplified these principles in his personal and professional life. He is well respected and loved by a large group of friends and family.

It is of no small significance that my business, and my professional and administrative staff were among those directly affected by the chemical spill into the Elk River, and that many of Mike's immediate and extended family members, including Mike himself, live and work in the Kanawha Valley. However, based upon the entirety of my personal knowledge of Mike's character and my experience interacting with him over the past thirty years as shared above, the charge to which Mike has pleaded guilty is quite contrary to Mike's personal character.

I know Mike to be genuinely remorseful over his involvement in connection with this violation. It is my understanding that Mike has fully cooperated in connection with the proceedings in this case.

Of course, any sentence which ultimately deprives Mike of his freedom, however short, would be devastating, not only to Mike personally, but to his mother, his children, his sisters and his extended family. Mike's life and career have already been profoundly negatively impacted by this course of events. Under these circumstances, I respectfully urge your leniency on behalf of Mike's family and friends.

If you wish to verify any of the above statements, please do not hesitate to call me at

Respectfully,

Steven W. Dearien, CPA, CGMA
President and Managing Owner

DEARIEN & COMPANY, A.C.

December 28, 2015

The Honorable Thomas E. Johnston, United States District Judge
6610 Robert C. Byrd United States Courthouse
300 Virginia Street East
Charleston, WV 25301

Your Honor:

Re: Character Reference for Michael E. Burdette, Criminal Action #2:14-cr-00276

My name is Emily Elizabeth "Libby" Burdette and I am Michael's mother. Michael is the oldest of our three children. My late husband and I have two other children, Debra and Elizabeth (Debbie and Beth). I would like to let you know how much I depend on each of them to meet the needs I have as a widowed 84-year old mother.

Mike is so caring and is committed to not only my needs but to the needs of his family and granddaughters. Mike has always played an active part in the upbringing of his children, Hayley, Clay, and Nathan, and now as a grandfather to              . His children are all well-educated – Hayley owns a dental practice in Fletcher, North Carolina; Clay works for the TSA in Raleigh, North Carolina, and Nathan is a senior at Fairmont State University. I am so proud of Mike for nothing is more important to him than his family.

My son is very loving and truly devoted to me. He calls me often to talk and see how I am doing and I always have a "list" for him. I am so thankful that he lives close by so it is easy for him to come and visit. We get together often as a family to celebrate birthdays and sometimes he just drops in and we just sit and talk. I am so concerned about what lies ahead for my son, and pray each day that he will be free to be around to help take care of me. Mike is very sorry for the spill and the impact on his family and community. I remember one time when we were talking about the water crisis and what happened, he said "mom, you know that I would never do anything that would hurt my family." And, I know that he would not. Family is the most important thing to Mike. He has such a loving and caring man.

Sincerely,

*Emily Elizabeth Burdette*

Emily Elizabeth Burdette

January 3, 2016

The Honorable Thomas E. Johnston, United States District Judge
6610 Robert C. Byrd United States Courthouse
300 Virginia Street East
Charleston, WV 25301

Your Honor:

Re: Character Reference for Michael E. Burdette, Criminal Action #2:14-cr-00276

My name is Debra Lynn Dearien (Debbie) and I am Michael's sister. There are three children in our family – Elizabeth (Beth), Michael (Mike), and myself. Mike is 61, I am 60, and Beth is 58. We have always been a very close family, and we spend a great deal of time together sharing family birthdays, holidays, getting together at our mother's to take care of her needs, or just getting together for a WVU game, or a cookout.

Mike has always been a hardworking person. He has always loved to take on projects – from designing a swing set for his sons when they were young, to designing and remodeling a bathroom for his family, or fixing up the home he currently owns. Our mom also depends on Mike to help maintain her home since our dad passed away December 8, 1998. He never hesitates to clean her gutters, fix leaks in her bathroom, put up her Christmas tree and other decorations and take them down, and trim her shrubs and mulch her yard.

We all know the value of family and have remained close because of our upbringing. Our parents were very hardworking and wanted each of us to have a college education. Mike graduated with a mechanical engineering degree from West Virginia Institute of Technology (currently WVU-Tech) in Montgomery, I graduated from Marshall University and currently teach at St. Albans High School, and Beth graduated from Marshall University with an associate degree in Marketing and from West Virginia Institute of Technology with a degree in dental hygiene. She works for Dr. Stan Kaczkowski, DDS, in Cross Lanes.

We grew up taking wonderful family vacations, and as we married and had our own families, we continued to go on camping trips and vacations together and our children are very close as well. The three of us have been there for each other during family crises such as divorce, our dad's cancer, our mom's broken ribs and broken ankle, the recent loss our dad's sister and brother, and our brother's recent diagnosis of multiple myeloma.

I am aware that Mike pled guilty to one count of negligent discharge of a pollutant, but I do know that he is very remorseful about what happened. Mike cares so much about his family and friends and he would never knowingly do anything to harm them. We are always there for each other and it is our hope that Michael will be able to return to his family, our mother, Beth, and myself. If you need to talk with me at any time, please don't hesitate to call me at

Sincerely,

*Debra L. Dearien*

Debra L. Dearien, sister

December 28, 2015

The Honorable Thomas E. Johnston, United States District Judge
6610 Robert C. Byrd United States Courthouse
300 Virginia Street East
Charleston, WV 25301

Your Honor,

Hello, my name is Beth Gibson and I am the youngest sister to Mike Burdette. I am a dental hygienist and my sister Debbie Dearien is a teacher. We had a great childhood growing up in Nitro, WV. We were and still are very close. We always went on family vacations like camping, going to Myrtle Beach or visiting family out of state. We are very family oriented and there was always encouragement from our parents and each other to succeed.

Mike was the first to go to college and obtain his degree in engineering from West Virginia Institute of Technology in Montgomery, WV. He has been successful in his career in engineering, having worked for General Electric, Union Boiler Company and Huntsman Chemical to name a few. Mike is a very level-headed and intelligent person. I know that at any time I can call him for advice and guidance which I have numerous times.

Recently my daughter and her husband were looking at a house to purchase. This one house they were interested in had structural issues which the seller disclosed and had documents showing the work that had been done to correct the problems. Mike met us at the house to do a walk through and to discuss the repairs. We were there for hours because he knew Brittany, his niece, loved the house. He gave us his professional and personal opinion which was not to buy the house. He was worried about a retaining wall being dangerous for children they would have in the future as well as other issues. He cared enough about his family to not let them get into a situation that could be financially devastating.

Our father died on December 8, 1998. Since then Mike has filled the void of our dad's passing. He helps our mother all the time. She always has a list for him of things she would like to have done; from cleaning out the gutters to installing motion lights outside. He is happy to take care of things for her and he is always teasing her about something. Mike lived with our mother for a few months when he moved here from Parkersburg after his divorce. They have a great relationship and Mike checks on our 84-year-old mother by calling or just dropping by her house in Scott Depot.

It was hard on mom when she found out he pleaded guilty to violating the Clean Water Act. She is worried about her son and what the outcome may be. Mike has never been in trouble and this is very hard on our family. He has had to put his life on hold since January 2014. We worry about his health and pray for him daily. Our entire family loves Mike and will continue to support him and wish the best outcome for this case.

Respectfully,

*Beth Gibson*

Beth Gibson, sister

Hayley E. DeWalder, DDS

His Honor, Thomas E. Johnston

United States District Judge

December 8, 2015

RE: Character Letter for Michael Burdette, Criminal Action #2:14-cr-00276

To the presiding Judge,

My name is Hayley DeWalder, and I am the daughter of Michael Burdette. I am writing this letter because I have known my father my entire life and can speak to the kind of person he is- an incredible father, grandfather, son, brother, and friend. He is a very loving person who is dedicated to his family. He helps my grandmother by doing home repairs and maintenance since she lives alone. He has served on the building committee for his Church. He has the upmost respect for the law and has raised his children with the same morals and ethics that he was taught.

When I think of adjectives to describe my father, I would say: loving, sensitive, intelligent, hard-working, thoughtful, kind, respectful, funny, and personable. My Dad enjoys being a problem solver and is very conscientious about work. I have seen first-hand how diligent he is in every little detail, whether it be measuring to hang a picture or renovating the bathroom tile, he takes his time so that he can be precise and not make mistakes.

I understand Mike has pleaded guilty to negligent discharge of a pollutant in violation of the Clean Water Act. That being said, I can truly say I would never ever think to use the word "negligent" to describe my father. He is the kind of Dad that makes you check your oil and tire pressure when you come to visit. I know him to be an honest, stand-up person who I am very proud to call my father.

Thank you for reading this letter. Please think of the loving family who is hoping for mercy for Mike Burdette.

Sincerely,

*Hayley E DeWalder, DDS*

Hayley E. DeWalder, DDS