# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 2/4/2016                                                      Case Number 2:14-cr-00276
Case Style: USA vs. Michael E. Burdette
Type of hearing Sentencing
Before the honorable: 2515-Johnston
Court Reporter Ayme Cochran                                         Courtroom Deputy Staci Wilson
Attorney(s) for the Plaintiff or Government Eric Bacaj,Philip Wright

Attorney(s) for the Defendant(s) Susan Robinson

Law Clerk Charlie Merritt                                           Probation Officer Matthew Lambert

### Trial Time

### Non-Trial Time

### Court Time

2:35     to 2:59
3:05     to 3:18
Total Court Time: 0 Hours 37 Minutes Non-Trial Time/Uncontested Time

### Courtroom Notes

Scheduled Start 2:30 p.m.
Actual Start 2:35 p.m.

Defendant present in person and by counsel for sentencing as to Count One.
Defendant placed under oath.
Court addresses PSR; no remaining objections.
Court adopts findings in PSR.
Court adjudges Defendant guilty pursuant to prior plea.
United States makes an oral motion to reduce Defendant's sentence under 5K1.1.  Court addresses memo in support of motion.  Court will place memo on the docket.  Court GRANTS motion and reduces defendant's base offense level to a level 8.
Court makes U.S.S.G. findings after granting 5K1.1 motion as follows:
    Total Offense Level: 8
    Criminal History: I
    Custody Range: 0-6 months
    Supervised Release Range: 1 year
    Fine Range:  $2,500 - $10,000
    Assessment:  $25 PAID
Defendant speaks on own behalf.
Counsel speak before sentence is imposed.

Court recessed:  2:59 p.m.
Court reconvened:  3:05 p.m.

After considering advisory U.S.S.G. ranges and Sec. 3553(a) factors, Court imposes sentence as follows:
    Probation: 3 years
    Fine: $2,500

## District Judge Daybook Entry

    Assessment:  $25 PAID
Court states reasons for sentence imposed.
Defendant released.
Defendant advised of right to appeal.
Court directs that PSR be filed under seal.
Court recessed at 3:18 p.m.