```
Court Name: US District Court/SDWV
Division: 2
Receipt Number: CHA018634
Cashier ID: gberger
Transaction Date: 02/25/2016
Payer Name: MICHAEL BURDETTE

CRIMINAL DEBT
  For: MICHAEL BURDETTE
  Case/Party: D-WVS-2-14-CR-000276-001
  Amount:          $2,500.00

PAPER CHECK
  Check/Money Order Num: 616
  Amt Tendered:    $2,500.00

Total Due:         $2,500.00
Total Tendered:    $2,500.00
Change Amt:        $0.00


Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A $53 fee will
be charged for a returned check.
```